AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Juan Alfredo DONIS MALDONADO,<br>a/k/a Juan Martinez Maldonado,<br>a/k/a Juan M Maldonado<br><br>_____<br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)        6:22-mj- 1214<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 19, 2021 _____ in the county of _____ Brevard _____ in the
_____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| U.S.C. § 1326(a) | Illegal re-entry after deportation |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Justin M. DeMoura, Deportation Officer
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____ March 11, 2022 ____

_____
*Judge's signature*

City and state:

_____ Orlando, FL _____

David A. Baker, U.S. Magistrate Judge
_____
*Printed name and title*

STATE OF FLORIDA

COUNTY OF ORANGE

CASE NO. 6:22-mj- 1214

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Justin M. DeMoura, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1. I am a Deportation Officer (DO) with the Department of Homeland Security, United States Immigration and Customs Enforcement (DHS/ICE) and have been employed with DHS/ICE for 14 years. I am currently assigned to the Miami Field Office - Intelligence Operations Unit with Enforcement and Removal Operations (ERO), Orlando, Florida. My duties include the investigation of cases involving persons who have violated the immigration and criminal laws of the United States, along with assignments to assist state and local law enforcement agencies with criminal investigations of foreign nationals that violate state and federal statutes.

2. The information set forth in this affidavit is based on my investigation and information supplied to me by other law enforcement officers and agents, and information that is a collected and maintained in various government databases and records. Because this affidavit is submitted for the limited purpose of establishing probable cause to support the issuance of a criminal complaint, I have not included details of all aspects of my investigation. Rather, I have set forth only those facts I

believe are necessary to establish probable cause that a violation of federal law has been committed.

3.     On September 19, 2021, DHS/ICE encountered Juan Alfredo DONIS MALDONADO (a/k/a Juan Martinez MALDONADO, a/k/a Juan M MALDONADO) at the Brevard County Jail in Cocoa, Florida, following his arrest that day on four counts of Sexual Battery with Familial or Custodial Control on a victim between 12 to 18 years old, and two counts of Lewd and Lascivious Molestation on a Victim 12 to 16 years old by an offender over 18 years old.  DONIS MALDONADO is a native and a citizen of Mexico.  ICE confirmed DONIS MALDONADO's identity and initiated an investigation for a possible violation of 8 U.S.C. § 1326.

4.     A review of various databases and ICE records disclosed that DONIS MALDONADO has an alien file (Axxx xxx 838).  He was born in 1969, in Hidalgo Chiapas, Mexico, and is a citizen of Mexico.  An Immigration Judge ordered DONIS MALDONADO deported from the United States to Mexico on May 14, 2003.  DONIS MALDONADO was first physically removed to Mexico on May 16, 2003.  After this initial removal, DHS encountered DONIS MALDONADO again on December 26, 2003; his order of removal was reinstated and he was removed to Mexico on January 13, 2004.

5.     DONIS MALDONADO has never applied to the Attorney General of the United States and/or the Secretary of the Department of Homeland Security for

permission to re-enter the United States after being removed/deported from the, United States.

6.      On September 19, 2021, a set of fingerprints taken from DONIS MALDONADO at the Brevard County Jail was entered electronically into the IDENT/ IAFIS database for comparison.  IAFIS analyzed the fingerprints and found them to identically match the fingerprints of DONIS MALDONADO on file, confirming that he was in fact  the individual who was last removed to Mexico on January 13, 2004.

7.      A review of criminal databases revealed that on or about March 10, 2022, DONIS MALDONADO was convicted of felony Aggravated Assault, in violation of F.S. § 784.021, for which he received a sentence to 173 days' imprisonment.  DONIS MALDONADO has one additional criminal conviction on his record, namely a December 15, 2003, misdemeanor conviction for Exp Retail Theft, in violation of F.S. § 812.015(1)(d). He received a sentence of 41 days' imprisonment for this offense.

8.      Based on the foregoing, I believe that there is probable cause to believe

that DONIS MALDONADO has been found to be in the United States voluntarily

after being previously removed or deported, in violation of 8 U.S.C. § 1326(a).

9.      This concludes my affidavit.


_____
Justin M. DeMoura, Deportation Officer
U.S. Immigration and Customs Enforcement


Subscribed and sworn to before me
This 11th day of March 2022.

_____
DAVID A. BAKER
United States Magistrate Judge

4